803 A.2d 1159

IN THE MATTER OF THE COMMITMENT
OF E.C.,(E.C.,—PETITIONER).

July 11, 2002.

Petition for certification is granted, and the matter is summarily remanded to the Superior Court, Law Division, for the court to conduct E.C.'s next scheduled review hearing in the light of *IMO Commitment of W.Z.*, 173 *N.J.* 109, 801 *A.2d* 205 (2002).

803 A.2d 1160

MILDRED SMITH, ETC., PLAINTIFF–RESPONDENT, v. SOUTHERN NEW ENGLAND TELEPHONE COMPANY D/B/A SNET, DEFENDANT, AND BJ'S WHOLESALE CLUB, INC., DEFENDANT-PETITIONER.

July 25, 2002.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *Weinberg v. Sprint Corporation*, 173 *N.J.* 233, 801 *A.2d* 281 (2002).

803 A.2d 1160

MILDRED SMITH, ETC., PLAINTIFF–RESPONDENT, v. SOUTHERN NEW ENGLAND TELEPHONE COMPANY D/B/A SNET, DEFENDANT-PETITIONER, AND BJ'S WHOLESALE CLUB, INC., DEFENDANT.

July 25, 2002.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the light